RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MONIQUE N. KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite. 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Counsel for **Marc Brattin**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARC BRATTIN,<br><br>Defendant. | 2:15-cr-037-KJD (GWF)<br><br>**UNOPPPOSED MOTION FOR REASSIGNMENT OF RELATED CASES** |

      Defendant, MARC BRATTIN, by and through his counsel Monique Kirtley, Assistant Federal Public Defender, hereby moves the Court for an Order Reassigning case 2:15-cr-00037-KJD-GWF. This motion is entered into for the following reasons:

      1.    Currently the defendant has a related case (case no. 2:13-cr-00161-JAD-CWH) pending before the Honorable Jennifer A. Dorsey.

      2.    Reassignment is necessary because the conduct alleged in case 2:15-cr-0037-KJD-GWF is related to and serves as relevant conduct to the allegations in case 2:13-cr-00161-JAD-CWH.

      3.    Due to the fact that both cases are currently being prosecuted, and are related, the interests of judicial economy and efficiency would be best served by reassigning case 2:15-cr-0037-KJD-GWF before the Honorable Jennifer A. Dorsey.

      4.    Currently, the defendant is represented by retained counsel for case 2:13-cr-00161-JAD-CWH and is pending sentencing on May 5, 2015.

1    5.    In light of the foregoing, it would be in the interest of judicial economy to
2 reassign this case before the Honorable Judge Jennifer A. Dorsey for all further court proceeding. The
3 defendant respectfully requests that this court enter an Order reassigning case 2:15-cr-00037-KJD-
4 GWF for the purposes of trial and sentencing.

5    6.    Government counsel does not oppose the relief requested.

6    DATED this 8th day of April, 2015.

                                    RENE L. VALLADARES
                                    Federal Public Defender


                                    By  /s/ Monique Kirtley
                                        MONIQUE N. KIRTLEY
                                        Assistant Federal Public Defender
                                        Counsel for Marc Brattin

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | 2:15-CR-00037-KJD-GWF |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| MARC BRATTIN, | |
| Defendant. | |

BASED UPON the foregoing, good cause appearing, and the best interests of justice and judicial economy being served by granting the motion:

IT IS HEREBY ORDERED that the above case is reassigned for the purposes of trial and sentencing.

DATED this  9th   day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE

3